360 A.2d 668

COMMONWEALTH

v.

SHELTON, Appellant.

Submitted December 30, 1975. Albert John Snite, Jr., and Benjamin Lerner, Defender, for appellant; Pamela Esposito, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

360 A.2d 663

COMMONWEALTH

v.

SMITH, Appellant.

620

 Submitted December 16, 1975. John C. Anderson, and Anderson & DiNubile, for appellant; James V. Lynn, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

360 A.2d 662

COMMONWEALTH

v.

SMITH, Appellant.

 Submitted March 22, 1976. William A. Hebe, and Spencer, Gleason & Hebe, for appellant; Rudolph J. Van der Hiel, District Attorney, for Commonwealth, appellee.

Order affirmed.

360 A.2d 228

COMMONWEALTH

v.

SOSTARICH, Appellant.

COMMONWEALTH

v.

FOX, Appellant.

